U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

# UNITED STATES DISTRICT COURT
### for the

2011 SEP 29 A 11: 03

2017 JUN 28 P 2: 55

Eastern District of Wisconsin

CLERK

U.S. MARSHAL
MILWAUKEE, WI

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 17-CR-113 |
| Tommie Cole | ) |
| | ) |
| | ) |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Tommie Cole                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21, U.S.C. § 841(a)(1) and 841(b)(1)(A): Conspiracy to possess a controlled substance with the intent to distribute heroin, cocaine, and methamphetamine

Date:     06/21/2017

s/Mary Murawski
*Issuing officer's signature*

STEPHEN C. DRIES, Clerk, U.S. District Court

City and state:     Milwaukee, Wisconsin

Mary Murawski, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/28/17 , and the person was arrested on *(date)* 9/18/17 at *(city and state)* Milwaukee, WI . |

Date: 9/18/17

*Arresting officer's signature*

Jeremy Laesch, SDUSM
*Printed name and title*