UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                    Case No. 17-CR-113

LUIS F. GOMEZ, et al.,

        Defendants.

---

## UNITED STATES' SECOND BILL OF
## PARTICULARS FOR FORFEITURE OF PROPERTY

---

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Mario F. Gonzales, Assistant United States Attorney for said District, files this Bill of Particulars to notify the Court and the defendants of the United States' intent to add the following items to the Forfeiture Notice of the Indictment filed on June 20, 2017:

1. Approximately $5,432.00 in United States currency seized on or about September 19, 2017, from the residence of defendant Helder Rodriguez located at 1XXX S. 70th Street, West Allis, Wisconsin; and

2. Two Rolex watches bearing serial numbers 6J275156 and X897135 seized on or about September 19, 2017, from defendant Tommie Cole at or near 2XXX N. 112th Street, Wauwatosa, Wisconsin.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2018.

                                        MATTHEW D. KRUEGER
                                        United States Attorney

                                  By: s/MARIO F. GONZALES
                                        Assistant United States Attorney
                                        Mario F. Gonzales Bar Number: 1000674
                                        Attorney for Plaintiff
                                        Office of the United States Attorney

Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: mario.gonzales2@usdoj.gov