UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                          Case No. 17-CR-113 (PP)

TOMMIE COLE,

          Defendant.

## JOINT STATUS REPORT

      The United States of America, as represented by the attorneys below and defendant Tommie Cole as represented by his attorney below, hereby make the following joint report to the court for purposes of sentencing in this case.

      The parties are currently in negotiations to resolve sentencing issues in the above listed matter. The defendant has provided substantial assistance to the government in the present case and has provided additional assistance to the Milwaukee Police Department in other ongoing investigations. As the court is aware Mr. Cole was shot multiple times on January 23, 2021 and was hospitalized for a week with life threatening injuries. The shooters were only deterred from completing the homicide attempt when Mr. Cole produced a firearm from his person. Unfortunately, the possession of the firearm was a violation of the conditions of release on the current case and the basis for a new federal and state charges. The defendant was federally indicted in case 21-CR-033 which is currently assigned to United States District Judge, Lynn Adelman. The government is currently attempting to have the parallel state prosecution dismissed. Judge Adelman has extended the filing of pretrial motions until June 2021in the new case. The parties would respectfully request and additional ninety days to allow Mr. Cole to negotiate a resolution

of the pending new federal charge and a possible consolidation of cases before this court. The government also would use the additional time to review with Mr. Cole the extent of his cooperation and confirm that all aspects of his cooperation are included in the government eventual substantial assistance motion to avoid the need for any additional delay. The government has discussed the progress of the case with counsel for the defendant who does not oppose the government request for additional time. The parties would respectfully request an additional 90 days to resolve the matter and would respectfully request that the court set a sentencing date for mid-July 2021.

Dated at Milwaukee, Wisconsin, this 16th day of April 2021.

Respectfully submitted,

RICHARD G. FROHLING
Acting United States Attorney

By:

/s/ *Mario F. Gonzales*
Mario F. Gonzales (WIBN 1000674)
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin  53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
Email: Mario.gonzales2@usdoj.gov

And:

Counsel for TOMMIE COLE:

/s/ *Jacob A. Manian*
Jacob A. Manian   (WIBN 1064360)
Fox, O'Neill & Shannon, S.C.
622 North Water Street, #500
Milwaukee, WI 53202-4105
Office: 414-273-3939
Fax:  414-273-3947
Email:  jamanian@foslaw.com