UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 17-CR-113

TOMMIE COLE,

    Defendant.

---

## MOTION TO SEAL DEFENDANT'S
## MOTION TO ADJOURN SENTENCING DATE

---

The undersigned, as counsel of record for Tommie Cole in the above-captioned case, moves this Court pursuant to General Local Rule 79(d), for an order sealing the Defendant's Motion to Adjourn Sentencing Date. As grounds in support of this motion, it is averred that the referenced filing touches on confidential matters.

Based on the foregoing, it is respectfully requested that the Court enter an order sealing the Defendant's Motion to Adjourn Sentencing Date.

Dated at Milwaukee, Wisconsin this 29th day of June, 2021.

                              Respectfully submitted,

                              FOX, O'NEILL & SHANNON, S.C.
                                  Attorneys for Defendant, Tommie Cole

                                */s/ Jacob A. Manian*
                        By: _____
                                JACOB A. MANIAN
                                State Bar No. 1064360

P.O. Address:
622 North Water Street, Suite 500
Milwaukee, WI 53202
(4l4) 273-3939
jamanian@foslaw.com